THE STATE EX REL. CARLISLE RETAILERS, INC., APPELLEE, *v.*
INDUSTRIAL COMMISSION OF OHIO; RINYO, APPELLANT.

[Cite as *State ex rel. Carlisle Retailers, Inc. v.
Indus. Comm.* (1998), 83 Ohio St.3d 119.]

(No. 97–507—Submitted July 15, 1998—Decided September 16, 1998.)

---

*Greiner, Carolin & Spector* and *Thomas M. Carolin,* for appellee.

*Shapiro, Kendis & Associates Co., L.P.A.,* and *Rachel B. Jaffy,* for appellant.

---

The judgment of the court of appeals is reversed. The order of the Industrial Commission is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.